B27 (Official Form 27) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re _Antonio Andragna_,
    Debtor

Case No. _11-61111_
Chapter _7_

## REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1. Creditor's Name: _Christian Financial Credit Union_

2. Amount of the debt subject to this reaffirmation agreement:
   $ _7030.⁰⁰_ on the date of bankruptcy    $ _7030.⁰⁰_ to be paid under reaffirmation agreement

3. Annual percentage rate of interest: _10.9_ % prior to bankruptcy
   _10.9_ % under reaffirmation agreement ( _✓_ Fixed Rate ____ Adjustable Rate)

4. Repayment terms (if fixed rate): $ _125.09_ per month

5. Collateral, if any, securing the debt: Current market value: $ _12,000.⁰⁰_
   Description: _2005 GMC Van Savanna & 2003 Ford Ranger_

6. Does the creditor assert that the debt is nondischargeable? ____ Yes _✓_ No
(If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

Debtor's Schedule I and J Entries | Debtor's Income and Expenses as Stated on Reaffirmation Agreement

7A. Total monthly income from Schedule I, line 16    $ _5713_

7B. Monthly income from all sources after payroll deductions    $ _5713_

8A. Total monthly expenses from Schedule J, line 18    $ _5705_

8B. Monthly expenses    $ _5705_

9A. Total monthly payments on reaffirmed debts not listed on Schedule J    $ _0_

9B. Total monthly payments on reaffirmed debts not included in monthly expenses    $ _0_

10B. Net monthly income    $ _<8>_
(Subtract sum of lines 8B and 9B from line 7B. If total is less than zero, put the number in brackets.)

11. Explain with specificity any difference between the income amounts (7A and 7B):


12. Explain with specificity any difference between the expense amounts (8A and 8B):


If line 11 or12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that any explanation contained on those lines is true and correct.

_____          _____
Signature of Debtor (only required if         Signature of Joint Debtor (if applicable, and only
line 11 or 12 is completed)                   required if line 11 or 12 is completed)

Other Information

☐ Check this box if the total on line 10B is less than zero. If that number is less than zero, a presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with specificity the sources of funds available to the Debtor to make the monthly payments on the reaffirmed debt:


Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
     ✓ Yes             _____ No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
     ✓ Yes             _____ No


**FILER'S CERTIFICATION**

I hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

_____ (P67169)
Signature

_Christopher Frank, Creditor Attorney_
Print/Type Name & Signer's Relation to Case